# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Jointly Administered) |
| FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., NORTH DIMENSION INC., COTTONWOOD GROVE LTD. and WEST REALM SHIRES, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> SAMUEL BANKMAN-FRIED, ZIXIAO "GARY" WANG, NISHAD SINGH and CAROLINE ELLISON, <br><br> Defendants. | Adv. Pro. No. 23-50448 (JTD) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within thirty (30) days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within thirty-five (35) days.

      Address of Clerk:

            United States Bankruptcy Court for the District of Delaware
            824 Market Street, 3rd Floor
            Wilmington, Delaware 19801

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorneys.

Name and Address of Plaintiff's attorneys:

**LANDIS RATH & COBB LLP**
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
   mcguire@lrclaw.com
   brown@lrclaw.com
   pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Steven L. Holley (admitted *pro hac vice*)
Andrew G. Dietderich (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Jacob M. Croke (admitted *pro hac vice*)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: holleys@sullcrom.com
   dietdericha@sullcrom.com
   gluecksteinb@sullcrom.com
   dunnec@sullcrom.com
   crokej@sullcrom.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

**Address:** United States Bankruptcy Court
824 Market Street
Wilmington, DE 19801

**Room:**
5th Floor, Courtroom No. 5

**Date and Time:**
September 13, 2023 at 1:00 p.m. (ET)

{1368.002-W0071757.}         2

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
  Court for the District
    of Delaware**

Dated: July 21, 2023                              */s/ Una O'Boyle*
                                                  *Clerk of the Bankruptcy Court*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., NORTH DIMENSION INC., COTTONWOOD GROVE LTD. and WEST REALM SHIRES, INC.,<br><br>                        Plaintiffs,<br><br>                      -against-<br><br>SAMUEL BANKMAN-FRIED, ZIXIAO "GARY" WANG, NISHAD SINGH and CAROLINE ELLISON,<br><br>                        Defendants. | Adv. Pro. No. 23-50448 (JTD) |

## **NOTICE OF DISPUTE RESOLUTION ALTERNATIVES**

As party to litigation you have a right to adjudication of your matter by a judge of this Court. Settlement of your case, however, can often produce a resolution more quickly than appearing before a judge. Additionally, settlement can also reduce the expense, inconvenience, and uncertainty of litigation.

There are dispute resolution structures, other than litigation, that can lead to resolving your case. Alternative Dispute Resolution (ADR) is offered through a program established by this Court. The use of these services are often productive and effective in settling disputes. **The purpose of this Notice is to furnish general information about ADR.**

The ADR structures used most often are mediation, early-neutral evaluation, mediation/arbitration and arbitration. In each, the process is presided over by an impartial third

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0071758.}

party, called the "neutral."

In mediation and early neutral evaluation, an experienced neutral has no power to impose a settlement on you. It fosters an environment where offers can be discussed and exchanged. In the process, together, you and your attorney will be involved in weighing settlement proposals and crafting a settlement. The Court in its Local Rules requires all ADR processes, except threat of a potential criminal action, to be confidential. You will not be prejudiced in the event a settlement is not achieved because the presiding judge will not be advised of the content of any of your settlement discussions.

Mediation/arbitration is a process where you submit to mediation and, if it is unsuccessful, agree that the mediator will act as an arbitrator. At that point, the process is the same as arbitration. You, through your counsel, will present evidence to a neutral, who issues a decision. If the matter in controversy arises in the main bankruptcy case or arises from a subsidiary issue in an adversary proceeding, the arbitration, though voluntary, may be binding. If a party requests *de novo* review of an arbitration award, the judge will rehear the case.

**Your attorney can provide you with additional information about ADR and advise you as to whether and when ADR might be helpful in your case.**

Dated: July 21, 2023                    */s/ Una O'Boyle*
                                         Clerk of Court



# Affidavit of Service

Firm: __Landis Rath + Cobb__    Reference No. __1368.002__

I, __Shawn Maglio__, declare as follows:
   *(Please Print Name of Employee)*

I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. *(Production Center)*, located at 230 N. Market Street, Wilmington, DE. 19801. I am an authorized representative of Parcels, Inc.

The following document(s), __FTX - Summons + Complaint__, in the following case, __FTX - Adv. Pro. 23-50448__, was/were delivered by the following method(s):

Quantity Sent (Check any that apply):

| | | |
|---|---|---|
| ☑ | 5 | First Class Mail |
| ☐ | | Priority Mail |
| ☐ | | Express Mail |
| ☐ | | International Mail |
| ☐ | | Federal Express |
| ☐ | | Hand Delivery |
| ☐ | | Email |
| ☐ | | Fax |

I declare, under penalty of perjury, that the above statements are true and correct. The above action(s) was/were executed on __July 21th, 2023__ in Wilmington, DE.

_____ Parcels, Inc., Representative.
*(Employee Signature)*

| | |
|---|---|
| Samuel Bankman-Fried<br>747 Cooksey Lane<br>Stanford, CA 94305 | Samuel Bankman-Fried<br>c/o Gregory T. Donilon<br>Montgomery McCracken Walker & Rhoads LLP<br>1105 North Market Street, Suite 1500<br>Wilmington, DE  19801 |
| Samuel Bankman-Fried<br>c/o Edward Schnitzer<br>Montgomery McCracken Walker & Rhoads LLP<br>437 Madison Avenue<br>New York, NY 10022 | Zixiao "Gary" Wang<br>304 Island Lane<br>Egg Harbor Township, NJ 08234 |
| Zixiao "Gary" Wang<br>Ilan T. Graff<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004 | |



# Affidavit of Service

Firm: **Landis Rath & Cobb**     Reference No. **1368.002**

I, **Brittany Hambleton**, declare as follows:
(**Please Print** Name of Employee)

I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. *(Production Center)*, located at 230 N. Market Street, Wilmington, DE. 19801. I am an authorized representative of Parcels, Inc.

The following document(s), **Summons and Notice of Pretrial Conference in an Adversary Proceeding**, in the following case, **FTX Trading Ltd.; 23-50448**, was/were delivered by the following method(s):

Quantity Sent (Check any that apply):

| | | |
|---|---|---|
| ☑ | 4 | First Class Mail |
| ☐ | | Priority Mail |
| ☐ | | Express Mail |
| ☐ | | International Mail |
| ☐ | | Federal Express |
| ☐ | | Hand Delivery |
| ☐ | | Email |
| ☐ | | Fax |

I declare, under penalty of perjury, that the above statements are true and correct. The above action(s) was/were executed on **July 24, 2023** in Wilmington, DE.

*Brittany Hambleton* _____ Parcels, Inc., Representative.
(Employee Signature)

Caroline Ellison
420 North Main Street, #4,
Swainsboro, Georgia 304017

Caroline Ellison
327 Franklin Street,
Newton, Massachusetts 02458

Nishad Singh
421 Scott Hill Drive,
Orcas, Washington 98280

Nishad Singh
26050 Kriste Lane,
Los Altos Hills, CA 94022