**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., NORTH DIMENSION INC., COTTONWOOD GROVE LTD. and WEST REALM SHIRES, INC.,<br><br>      Plaintiffs,<br><br>      -against-<br><br>SAMUEL BANKMAN-FRIED, ZIXIAO "GARY" WANG, NISHAD SINGH and CAROLINE ELLISON,<br>      Defendants. | Adv. Pro. No. 23-50448 (JTD) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 23, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Adversary Proceeding 23-50448 Service List attached hereto as **Exhibit A**:

- Order (A) Authorizing the Debtors to Enter into a Settlement Agreement with Caroline Ellison, (B) Approving the Settlement Agreement and (C) Granting Related Relief [Docket No. 32]

---

[1]The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: October 29, 2024

*/s/ Amy Castillo*
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 29, 2024, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 83228

**<u>Exhibit A</u>**

Exhibit A

Adversary Proceeding 23-50448 Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
| --- | --- | --- |
| COOLEY LLP | ATTN: RUSSELL CAPONE | RCAPONE@COOLEY.COM |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | ATTN: IIAN GRAFF | ILAN.GRAFF@FRIEDFRANK.COM |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: PETER G. NEIMAN, NICK WERLE | PETER.NEIMAN@WILMERHALE.COM |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: MATTHEW P. WARD | MATTHEW.WARD@WBD-US.COM |